

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00014-CV

Style:      Hector Estrada, Iselda Estrada, Maria Martinez, and Jorge Gonzales

     v Daner Lee Cheshire, Lyndon Charles Cheshire, and Stewart Title Company

Date motion filed[*]:      April 1, 2014

Type of motion:      Motion to substitute counsel

Party filing motion:      Appellees

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:
     Original due date:
     Number of previous extensions granted:      Current Due date:
     Date Requested:

Ordered that motion is:

     ☑   Granted

         If document is to be filed, document due:

         ☐      Absent extraordinary circumstances, the Court will not grant motions to extend time

     ☐   Denied

     ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐   Other: _____

**Appellees Daner Lee Cheshire and Lyndon Charles Cheshire have filed a motion to substitute counsel, which is granted. *See* TEX. APP. P. 6.5(d). The Clerk of this Court is ordered to substitute attorney Timothy A. Hootman for Rhoda Ross as appellees' counsel of record. We further notify appellees that this substitution will not affect any pending deadlines in this appeal.**

Judge's signature:    /s/ <u>Evelyn V. Keyes</u>
              ☒ Acting individually     ☐ Acting for the Court

Panel consists of     _____

Date: April 17, 2014